ROYI MOAS, ESQ.
Nevada Bar No. 10686
CARLOS BLUMBERG, ESQ.
Nevada Bar No. 7607
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone: (702) 341-5200
Facsimile: (702) 341-5300
rmoas@wrslawyers.com
cblumberg@wrslawyers.com

JEFFREY A. FINN, ESQ.
California Bar No. 185248
(*Pro Hac to Follow*)
FINN IP LAW, PC
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064
Telephone: (310) 310-7989
jeff@finniplaw.com

*Attorneys for Defendant File Right, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBOLAW CORPORATION, | Case No. 2:25-cv-02208-GMN-MDC |
| Plaintiff(s), | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT** |
| FILE RIGHT, INC., | |
| dba File Right, LLC | **[FIRST REQUEST]** |
| dba Forms Direct, Inc. | |
| Defendant(s). | |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff, Robolaw Corporation ("Plaintiff") and Defendant File Right, Inc. ("Defendant"), by and through their respective undersigned counsel of record, stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint for Patent Infringement (Doc. No. 1) from December 12, 2025 to January 12, 2026.  Good cause exists to grant this Stipulation based on the following facts:

1.  1. On November 7, 2025, Plaintiff filed its Complaint for Patent Infringement and Demand for Jury Trial ("Complaint") in the United States District Court for the District of Nevada. [ECF 1.]

2.  2. Plaintiff has agreed to a 30 days extension of the Defendant's deadline to respond to Plaintiff's Complaint to allow Defendant sufficient time to fully evaluate Plaintiff's Complaint.

3.  3. This is the first stipulation for an extension of time for Defendant to respond to Plaintiff's Complaint. This stipulation is provided as a professional courtesy to Defendant's counsel and is not intended to delay the proceedings for the administration of the case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 12th day of December, 2025.

TROY LAW, PLLC

/s/ Douglass C. Thomas, Esq for Tiffany Troy, Esq.
TIFFANY TROY, ESQ,
Nevada Bar No. 16764
3608 E. Sunset Road, Suite 110
Las Vegas, NV 89120
Telephone: (702) 949-8200
*Attorney for Plaintiff Robolaw Corporation*

Dated this 12th day of December, 2025.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

/s/ Royi Moas, Esq.
ROYI MOAS, ESQ.
Nevada Bar No. 10686
CARLOS BLUMBERG, ESQ.
Nevada Bar No. 7607
3773 Howard Hughes Parkway, Suite 590 S.
Las Vegas, Nevada 89169
Telephone: (702) 341-5200
*Attorneys for Defendant File Right, Inc.*

**ORDER**
**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: December 18, 2025

-2-
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT