UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBOLAW CORPORATION,<br><br>  Plaintiff(s),<br><br>vs.<br><br>FILE RIGHT, INC.,<br><br>  dba File Right, LLC<br><br>  dba Forms Direct, Inc.<br><br>  Defendant(s). | Case No. 2:25-cv-02208-GMN-MDC<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

Jeffrey Finn, Esq., Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Los Angeles County, California.

2. That Petitioner is an attorney at law and a member of the law firm of Finn IP Law, P.C., with an office at 11400 West Olympic Boulevard, 9th Floor, Los Angeles, California 90064-1582 ("Finn IP Law").

3. That Petitioner has been retained personally or as a member of Finn IP Law to provide legal representation to Defendant File Right, Inc. in connection with the above-entitled case now pending before this Court.

4. That since December 9, 1996, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law.

///

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Name of Court | Date Admitted |
| --- | --- |
| Supreme Court of the State of California | December 9, 1996 |
| United States District Court for the Central District of California | December 9, 1996 |
| United States Court of Appeals for the Ninth Circuit | January 7, 1997 |
| United States Court of Appeals for the Federal Circuit | November 24, 2009 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Association: The State Bar of California.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters: None.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

///

///

///

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2   FOR THE PURPOSES OF THIS CASE ONLY.

3
4   Dated: January 6, 2026                                     _____
                                                                Petitioner's Signature
5
6   STATE OF California  )
                         )
7   COUNTY OF Los Angeles)

8   Jeffrey Finn, Esq., Petitioner, being first duly sworn, deposes and says: That the forgoing
9   statements are true.

10                                                              _____
11                                                               Petitioner's Signature

12  Subscribed and sworn to before me this
13  6th day of January, 2026.

14  _____
    Notary Public or Clerk of Court
15
        MARIA COLOVER
        Notary Public - California
        Los Angeles County
        Commission # 2435097
        My Comm. Expires Jan 20, 2027
16
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-3-
VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT
ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate Royi Moas, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 3773 Howard Hughes Parkway, Suite 590 South, Las Vegas, NV 89169, 702-341-5200, rmoas@wrslawyers.com.

By this designation the petition and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulation binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Royi Moas as their Designated Resident Nevada Counsel in this case.

File Right, Inc.

_____
(party's signature)

By: Cesare Alessandrini, its President
(type of print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's Signature

10686              rmoas@wrslawyers.com
Bar Number              Email Address

-4-
VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL
Doc ID: 90ae4c61793b37b5262bb4fea1cd5c50bd9c89b0

1  APPROVED:

2  Dated: this __8__ day of January, 2026.

3

4  _____
   UNITED STATES DISTRICT JUDGE

**Dropbox Sign**                                                                                       Audit trail

| | |
|---|---|
| **Title** | 20260106 Verified Pro Hac Vice Petition (For Client).pdf |
| **File name** | 20260106%20Verifi...r%20Client%29.pdf |
| **Document ID** | 90ae4c61793b37b5262bb4fea1cd5c50bd9c89b0 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Pending signature |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| **SENT** | **01 / 07 / 2026** <br> 01:05:17 UTC | Sent for signature to Cesare Alessandrini (cesare@dcis.net) and Royi Moas (rmoas@wrslawyers.com) from jeff@finniplaw.com <br> IP: 68.21.131.4 |
| **VIEWED** | **01 / 07 / 2026** <br> 22:02:28 UTC | Viewed by Cesare Alessandrini (cesare@dcis.net) <br> IP: 134.204.56.114 |
| **SIGNED** | **01 / 07 / 2026** <br> 22:02:40 UTC | Signed by Cesare Alessandrini (cesare@dcis.net) <br> IP: 134.204.56.114 |
| **INCOMPLETE** | **01 / 07 / 2026** <br> 22:02:40 UTC | This document has not been fully executed by all signers. |

Powered by **Dropbox Sign**

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 12/11/2025

**LICENSEE NAME:** Jeffrey Alan Finn

**LICENSEE BAR NUMBER:** 185248

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/9/1996

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Jeffrey Alan Finn's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# United States District Court

## Central District of California

# CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

__Jeffrey A. Finn__, Bar No. __185248__

was duly admitted to practice in this Court on __12/09/1996__
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __11/04/2025__
Date

BRIAN D. KARTH
Clerk of Court

By ___Audree Sellarole___

Audree Sellarole, Deputy Clerk

G-52 (1/24)   CERTIFICATE OF GOOD STANDING

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Jeffrey A. Finn was duly admitted to practice in this Court on January 07, 1997 and is in good standing in this Court.

Dated at San Francisco, California on December 15, 2025.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

# United States Court of Appeals for the Federal Circuit

# Certificate of Good Standing

I, Jarrett B. Perlow, Clerk of the United States Court of Appeals for the Federal Circuit, certify that **Jeffrey A. Finn**, was duly admitted to practice in this Court on **November 24, 2009**, and is in good standing as a member of the Bar of this Court.

Date: December 12, 2025

Jarrett B. Perlow
Clerk of Court

Deputy Clerk

*This Certificate is valid for 90 days from the date issued*