ROYI MOAS, ESQ.
Nevada Bar No. 10686
CARLOS BLUMBERG, ESQ.
Nevada Bar No. 7607
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone: (702) 341-5200
Facsimile: (702) 341-5300
rmoas@wrslawyers.com
cblumberg@wrslawyers.com

JEFFREY A. FINN, ESQ.
California Bar No. 185248
(*Pro Hac to Follow*)
FINN IP LAW, PC
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064
Telephone: (310) 310-7989
jeff@finniplaw.com

*Attorneys for Defendant File Right, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBOLAW CORPORATION,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>FILE RIGHT, INC.,<br><br>        dba File Right, LLC<br><br>        dba Forms Direct, Inc.<br><br>        Defendant(s). | Case No. 2:25-cv-02208-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGMENT**<br><br>**[SECOND REQUEST]** |

On November 7, 2025, Robolaw Corporation "Plaintiff"), on behalf of itself, filed the instant case against File Right, Inc., dba File Right, LLC, dba Forms Direct, Inc. (collectively "Defendant"). On December 12, 2025 this Court granted the Parties their first request for a 30-day extension.

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff and Defendant, by and through their respective counsel of record, stipulate, agree, and respectfully request that the Court extend the

-1-

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE
COMPLAINT (SECOND REQUEST)

deadline to file a response pleading to Plaintiff's Complaint for Patent Infringement (Doc. No. 1) from January 12, 2026 to February 12, 2026.  Good cause exists to grant this Stipulation based on the following facts:

This is the second request for an extension of time regarding this deadline.  The extension is necessary due to the intervening holiday season and to allow the parties sufficient time to thoroughly evaluate their respective legal positions and explore potential resolutions.  These stipulations are made in good faith and not for purposes of delay.

Respectfully Submitted:

Dated this 9th day of January, 2026.

TROY LAW, PLLC

*/s/ Douglass C. Thomas, Esq for*
*Tiffany Troy, Esq.*
TIFFANY TROY, ESQ,
Nevada Bar No. 16764
3608 E. Sunset Road, Suite 110
Las Vegas, NV 89120
Telephone: (702) 949-8200
*Attorney for Plaintiff Robolaw Corporation*

Dated this 9th day of January, 2026.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

*/s/ Carlos Blumberg, Esq.*
ROYI MOAS, ESQ.
Nevada Bar No. 10686
CARLOS BLUMBERG, ESQ.
Nevada Bar No. 7607
3773 Howard Hughes Parkway, Suite 590 S.
Las Vegas, Nevada 89169
Telephone: (702) 341-5200

JEFFREY A. FINN, ESQ.
California Bar No. 185248
*(Pro Hac to Follow)*
FINN IP LAW, PC
11400 W. Olympic Blvd., 9th Fl
Los Angeles, CA  90664
Telephone: (310) 310-7889
jeff@finniplaw.com

*Attorneys for Defendant File Right, Inc.*

**ORDER**
**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  January 13, 2026

-2-
STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT (SECOND REQUEST)